**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **HENRY LEE POUNCY** | **CIVIL ACTION NO. 19-1606** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **CADDO PARISH CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Henry Lee Pouncy's claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

SHREVEPORT, LOUISIANA, this 7th day of August, 2020.

_____
CHIEF JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE